# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2695
Lower Tribunal No. 2024-CC-008276

_____

RONALD JOSEPH and CHRISTINA THOMAS,

Appellants,

v.

SUNBELT INVESTORS ASSET COMPANY, LLC,

Appellee.

_____

Appeal from the County Court for Polk County.
Stacie Kaylor, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.


Ronald Joseph and Christina Thomas, Poinciana, pro se.

Gavin MacMillian, of Brock & Scott, PLLC, Winston Salem, North Carolina, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED